UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMMAD AMIN BENTMIM #A201556613, Plaintiff | CIVIL DOCKET NO. 1:20-CV-00708 SEC P |
| VERSUS | JUDGE DRELL |
| C A FREDRIC, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge (ECF No. 22), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 12th day of March 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT